JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANNA BUI, et al., | Case No.  CV 25-9920-GW-RAOx |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| THE WALT DISNEY COMPANY, et al., | |
| Defendants. | |

Based upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [28] filed on February 11, 2026, it is hereby ORDERED that this action is dismissed against Defendants, without prejudice, as to themselves only. Plaintiffs' dismissal is without prejudice to participate and/or recover as putative class members in this action.

IT IS SO ORDERED.

Dated: February 12, 2026



_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE